```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
J.W., et al.,                                                           :
                                                                        :
                                  Plaintiffs,                           :
                                                                        :           23-CV-9755 (AS)
            -v-                                                         :
                                                                        :              ORDER
CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,                           :
                                                                        :
                                  Defendant.                            :
                                                                        :
------------------------------------------------------------------------X
```

ARUN SUBRAMANIAN, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

In accordance with the Court's Individual Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. **The Court will not adjourn response**

**dates, conferences, or discovery schedules based on settlement discussions, so the parties should expeditiously address settlement.**

**Within two days of the date of this Order**, Plaintiffs shall serve the Order electronically on counsel for Defendant and file proof of such service on ECF.

SO ORDERED.

Dated: November 7, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge