```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
J.W., et al.,                                       :
                                                    :
                            Plaintiffs,             :
                                                    :         23-CV-9755 (AS)
              -v-                                   :
                                                    :              ORDER
CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,       :
                                                    :
                            Defendant.              :
                                                    :
-----------------------------------------------------------------------X
```

ARUN SUBRAMANIAN, United States District Judge:

The Court was informed that the motion to consolidate has been withdrawn. As such, the stay in this case will be lifted.

The parties are hereby ORDERED to submit a joint letter, no later than **March 4, 2024,** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

2

    The City of New York is ORDERED to file an **answer to the complaint by March 18, 2024**.

    The Clerk of Court is directed to lift the stay on this case.

    SO ORDERED.

Dated: February 26, 2024                        _____
       New York, New York                      ARUN SUBRAMANIAN
                                                  United States District Judge