UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.W. et al.,<br><br>                    Plaintiffs,<br><br>            -v-<br><br>CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>                  Defendant. | 23-cv-9755 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On March 5, 2024, this Court granted the parties' second motion to stay this case. Dkt. 14. The parties submitted a joint letter on August 26, 2024 indicating that they intend to settle the case in the next two weeks and requesting an extension of time to file a further joint status letter. Dkt. 15. To the extent this letter is a request to continue the stay of this case, it is DENIED. While the Court appreciates the parties' efforts to settle the case, the Court typically does not stay proceedings for settlement discussions, and it previously advised the parties that no further extensions or stays will be granted. Accordingly, the Clerk of Court is directed to lift the stay.

      The parties are hereby ORDERED to submit a joint letter, no later than **September 4, 2024**, and not to exceed two pages, including the following information in separately numbered paragraphs:

    (1) whether there is any need for discovery or an initial conference in this case;

    (2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

    Defendant is further ORDERED to file an answer to the complaint by September 18, 2024.

      SO ORDERED.

Dated: August 28, 2024
        New York, New York

                                                             ARUN SUBRAMANIAN
                                                           United States District Judge